United States District Court
Southern District of Texas
**ENTERED**
December 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| J&J Sports Productions, Inc, <br>     Plaintiff, | § § § | |
| v. | § § | Civil Action H-17-3540 |
| Gator Promotions LLC, individually and d/b/a Top Shelf Bar & Grill; and James Carter a/k/a James Willie Carter, Sr., individually and d/b/a Top Shelf Bar & Grill, <br>     Respondent. | § § § § § § § | |

## MEMORANDUM AND RECOMMENDATION

J & J Sports Productions, Inc. has moved for default judgment against both defendants. (D.E. 13) J & J seeks statutory damages in the amount of $10,000, additional damages in the amount of $50,000, attorneys' fees in the amount of 1/3 of the total recovery, or alternatively in the amount of $1,000, costs and post-judgment interest.

J & J has shown that the complaint, summons, and other documents were served personally on Carter and by certified mail by the Secretary of State on Gator Promotions. Neither Defendant has answered or otherwise responded. Entry of default is appropriate as to both Defendants.

J & J has shown that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553, 605. J & J has presented evidence that on November 22, 2014, Top Shelf Bar & Grill displayed without authorization the Manny Pacquiao v. Chris Algieri WBO Welterweight Champion Fight Program. Top Shelf Bar & Grill has eight televisions. The event was shown on six televisions, including one big-screen projection television, to a maximum of approximately 65 people.

The event was not advertised. There was no cover charge. Food and drinks were sold during the event. J&J has shown that the event could not be shown by

Top Shelf Bar & Grill without a purposeful act to intercept and receive the broadcast.

Top Shelf Bar & Grill has a posted maximum occupancy of 78 people. The commercial sublicense fee for an establishment seating up to 100 patrons was $2,000 for this event.

Based on the evidence of record, the court recommends that default judgment be entered in favor of J & J Sports Productions, Inc. in the amount of $8,500 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i) and (ii); $1,000 for attorneys' fees; post-judgment interest at the effective rate on the date of entry of judgment; and costs.

The parties have 14 days from service of this Memorandum and Recommendation to file written objections. Failure to file timely objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See* FED. R. CIV. P. 72.

Signed at Houston, Texas on December 3, 2018.

_____
Peter Bray
United States Magistrate Judge