UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| J&J Sports Productions, Inc., § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action H-17-3540 |
| § | |
| Gator Promotions LLC, § | |
| d/b/a Top Shelf Bar & Grill; and § | |
| James Carter a/k/a James Willie § | |
| Carter, Sr., d/b/a § | |
| Top Shelf Bar & Grill, § | |
| Defendants. § | |

## Order of Adoption

On December 3, 2018, Magistrate Judge Peter Bray recommended that J&J Sports Production, Inc.'s motion for default judgment be granted. (D.E. 15.) No objections were filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Plaintiff's motion for default judgment (D.E. 13) is GRANTED. The court will issue a separate default judgment.

Signed on January 7, 2019, at Houston, Texas.

Lynne N. Hughes
United States District Judge